1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

2/17/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CD _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR   2:23-cr-00081-SPG |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. § 846: Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |
| ALVARO RAMIREZ-CUEVAS, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.   OBJECTS OF THE CONSPIRACY

Beginning on a date unknown, and continuing to on or about July 13, 2021, in Los Angeles and San Bernardino Counties, within the Central District of California, and elsewhere, defendant ALVARO RAMIREZ-CUEVAS, Co-Conspirator-1, and others known and unknown to the Grand Jury conspired to knowingly and intentionally distribute and to possess with intent to distribute at least 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

B.    <u>MANNER AND MEANS OF THE CONSPIRACY</u>

The objects of the conspiracy were to be accomplished, in substance, as follows:

1.    Defendant RAMIREZ-CUEVAS would obtain methamphetamine from sources of supply.

2.    Defendant RAMIREZ-CUEVAS would use, access, or manage the dark net vendor account "qualityfastmeth" on the White House Market dark net marketplace.

2.    Defendant RAMIREZ-CUEVAS, Co-Conspirator-1, and others known and unknown to the Grand Jury, would package and mail methamphetamine to customers for further distribution.

3.    Defendant RAMIREZ-CUEVAS would send mailing instructions to Co-Conspirator-1 for customers.

4.    Co-Conspirator-1, and others unknown to the Grand Jury, would mail parcels containing methamphetamine to customers.

C.    <u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendant RAMIREZ-CUEVAS, Co-Conspirator-1, and others known and unknown to the Grand Jury, committed various overt acts in Los Angeles and San Bernardino Counties, within the Central District of California, and elsewhere, including, but not limited to, the following:

<u>Overt Act No. 1:</u>    On December 18, 2020, in a series of messages, defendant RAMIREZ-CUEVAS and Co-Conspirator-1 discussed obtaining United States Postal Service ("USPS") priority mail shipping labels.

<u>Overt Act No. 2:</u>    On December 21, 2020, defendant RAMIREZ-CUEVAS packaged approximately 97 grams of methamphetamine for mailing

to a customer who had purchased the methamphetamine from the dark net vendor account "qualityfastmeth," and who was, in fact, an undercover law enforcement agent.

Overt Act No. 3:   On February 8, 2021, defendant RAMIREZ-CUEVAS packaged approximately 235.2 grams of methamphetamine for mailing to a customer who had purchased the methamphetamine from the dark net vendor account "qualityfastmeth," and who was, in fact, an undercover law enforcement agent.

Overt Act No. 4:   On February 17, 2021, defendant RAMIREZ-CUEVAS packaged approximately 224.5 grams of methamphetamine for mailing to a customer who had purchased the methamphetamine from the dark net vendor account "qualityfastmeth," and who was, in fact, an undercover law enforcement agent.

Overt Act No. 5:   On February 17, 2021, defendant RAMIREZ-CUEVAS sent the address of a United States Post Office in La Verne, California to Co-Conspirator-1 via a message.

Overt Act No. 6:   On February 17, 2021, Co-Conspirator-1 dropped off a parcel containing approximately 224.5 grams of methamphetamine at the United States Post Office in La Verne, California, for mailing to a customer who had purchased the methamphetamine from the dark net vendor account "qualityfastmeth," and who was, in fact, an undercover law enforcement agent.

Overt Act No. 7:   On March 9, 2021, defendant RAMIREZ-CUEVAS sent Co-Conspirator-1 a message containing a photograph with the name and address of a customer in Vincennes, Indiana, who had purchased methamphetamine from the dark net vendor account "qualityfastmeth," along with instructions to send the methamphetamine via express mail.

Overt Act No. 8:   On March 9, 2021, Co-Conspirator-1 sent defendant RAMIREZ-CUEVAS a message containing a photograph of a USPS receipt for the parcel that had been shipped to Vincennes, Indiana.

Overt Act No. 9:   On March 11, 2021, defendant RAMIREZ-CUEVAS packaged approximately 220.3 grams of methamphetamine for mailing to a customer who had purchased the methamphetamine from the dark net vendor account "qualityfastmeth," and who was, in fact, an undercover law enforcement agent.

Overt Act No. 10:   On March 11, 2021, Co-Conspirator-1 mailed a USPS parcel containing approximately 220.3 grams of methamphetamine to a customer who had purchased the methamphetamine from the dark net vendor account "qualityfastmeth," and who was, in fact, an undercover law enforcement agent.

Overt Act No. 11:   On March 11, 2021, Co-Conspirator-1 sent defendant RAMIREZ-CUEVAS a message containing a photograph of a USPS receipt for the USPS parcel containing approximately 220.3 grams of methamphetamine.

Overt Act No. 12:   On April 19, 2021, Co-Conspirator-1 mailed a USPS parcel to a suspected drug customer.

Overt Act No. 13:   On April 26, 2021, defendant RAMIREZ-CUEVAS packaged approximately 114.2 grams of methamphetamine for mailing to a customer who had purchased the methamphetamine from the dark net vendor account "qualityfastmeth," and who was, in fact, an undercover law enforcement agent.

Overt Act No. 14:   On April 26, 2021, Co-Conspirator-1 sent defendant RAMIREZ-CUEVAS a message containing a photograph of a USPS receipt for the USPS parcel containing approximately 114.2 grams of methamphetamine.

4

1    <u>Overt Act No. 15:</u>   On May 4, 2021, Co-Conspirator-1 sent
2    defendant RAMIREZ-CUEVAS a message containing a photograph of a USPS
3    receipt for a USPS parcel containing approximately 116.4 grams of
4    methamphetamine that had been mailed to a customer who had purchased
5    the methamphetamine from the dark net vendor account
6    "qualityfastmeth," and who was, in fact, an undercover law
7    enforcement agent.

8    <u>Overt Act No. 16:</u>   On May 6, 2021, Co-Conspirator-1 mailed a
9    USPS parcel to a suspected drug customer.

10   <u>Overt Act No. 17:</u>   On May 11, 2021, in a series of messages,
11   defendant RAMIREZ-CUEVAS told Co-Conspirator-1 to bring an envelope
12   and shipping labels to defendant RAMIREZ-CUEVAS.

13   <u>Overt Act No. 18:</u>   On May 11, 2021, Co-Conspirator-1 sent
14   defendant RAMIREZ-CUEVAS a message containing a photograph of a USPS
15   receipt for a USPS parcel containing approximately 116.2 grams of
16   methamphetamine that had been mailed to a customer who had purchased
17   the methamphetamine from the dark net vendor account
18   "qualityfastmeth," and who was, in fact, an undercover law
19   enforcement agent.

20   <u>Overt Act No. 19:</u>   On May 18, 2021, defendant RAMIREZ-CUEVAS
21   sent Co-Conspirator-1 a message containing a photograph with the name
22   and address of a customer in Saranac Lake, New York, who had
23   purchased methamphetamine from the dark net vendor account
24   "qualityfastmeth," along with instructions to send the
25   methamphetamine via priority mail.

26   <u>Overt Act No. 20:</u>   On May 18, 2021, Co-Conspirator-1 sent
27   defendant RAMIREZ-CUEVAS a message containing a photograph of a USPS

28

receipt for the parcel that had been shipped to Saranac Lake, New York.

Overt Act No. 21:   On May 19, 2021, Co-Conspirator-1 mailed a USPS parcel to a suspected drug customer.

Overt Act No. 22:   On May 20, 2021, Co-Conspirator-1 mailed a USPS parcel to a suspected drug customer.

Overt Act No. 23:   On May 27, 2021, defendant RAMIREZ-CUEVAS packaged approximately 227.4 grams of methamphetamine for mailing to a customer who had purchased the methamphetamine from the dark net vendor account "qualityfastmeth," and who was, in fact, an undercover law enforcement agent.

Overt Act No. 24:   On June 2, 2021, Co-Conspirator-1 mailed a USPS parcel to a suspected drug customer.

Overt Act No. 25:   On June 14, 2021, defendant RAMIREZ-CUEVAS packaged approximately 114.6 grams of methamphetamine for mailing to a customer who had purchased the methamphetamine from the dark net vendor account "qualityfastmeth," and who was, in fact, an undercover law enforcement agent.

Overt Act No. 26:   On July 13, 2021, defendant RAMIREZ-CUEVAS sent Co-Conspirator-1 a message containing a photograph with the names and addresses of two customer in Silvercreek, New York, and Phoenix, Arizona, who had purchased methamphetamine from the dark net vendor account "qualityfastmeth," along with instructions to send the methamphetamine via priority mail.

Overt Act No. 27:   On July 13, 2021, Co-Conspirator-1 sent defendant RAMIREZ-CUEVAS a message containing a photograph of a USPS receipt for the parcels that had been shipped to Silvercreek, New York, and Phoenix, Arizona.

1

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about December 21, 2020, in San Bernardino County, within the Central District of California, defendant ALVARO RAMIREZ-CUEVAS knowingly and intentionally distributed at least 50 grams, that is, approximately 97 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about February 8, 2021, in San Bernardino County, within the Central District of California, defendant ALVARO RAMIREZ-CUEVAS knowingly and intentionally distributed at least 50 grams, that is, approximately 235.2 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

On or about February 17, 2021, in Los Angeles County, within the Central District of California, defendant ALVARO RAMIREZ-CUEVAS and Co-Conspirator-1, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 224.5 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

On or about March 11, 2021, in Los Angeles County, within the Central District of California, defendant ALVARO RAMIREZ-CUEVAS and Co-Conspirator-1, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 220.3 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

On or about April 26, 2021, in San Bernardino County, within the Central District of California, defendant ALVARO RAMIREZ-CUEVAS and Co-Conspirator-1, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 114.2 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

On or about May 4, 2021, in San Bernardino County, within the Central District of California, defendant ALVARO RAMIREZ-CUEVAS and Co-Conspirator-1, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 116.4 grams, of methamphetamine, a Schedule II controlled substance.

1

COUNT EIGHT

2

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

3

On or about May 11, 2021, in San Bernardino County, within the

4

Central District of California, defendant ALVARO RAMIREZ-CUEVAS and

5

Co-Conspirator-1, each aiding and abetting the other, knowingly and

6

intentionally distributed least 50 grams, that is, approximately

7

116.2 grams, of methamphetamine, a Schedule II controlled substance.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT NINE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about May 27, 2021, in San Bernardino County, within the Central District of California, defendant ALVARO RAMIREZ-CUEVAS knowingly and intentionally distributed at least 50 grams, that is, approximately 227.4 grams, of methamphetamine, a Schedule II controlled substance.

1           COUNT TEN

2      [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

3    On or about June 14, 2021, in Los Angeles County, within the

4 Central District of California, defendant ALVARO RAMIREZ-CUEVAS

5 knowingly and intentionally distributed at least 50 grams, that is,

6 approximately 114.6 grams, of methamphetamine, a Schedule II

7 controlled substance.

8

9             A TRUE BILL

10

11             /s/

            Foreperson

12

13 E. MARTIN ESTRADA
  United States Attorney

14

15

16 MACK E. JENKINS
  Assistant United States Attorney

17 Chief, Criminal Division

18 SHAWN J. NELSON
  Assistant United States Attorney

19 Chief, International Narcotics,
   Money Laundering, and

20  Racketeering Section

21 BRITTNEY M. HARRIS
  Assistant United States Attorney

22 Deputy Chief, International
   Narcotics, Money Laundering, and

23  Racketeering Section

24 JENNA WILLIAMS
  KEITH ELLISON

25 Assistant United States Attorneys
  International Narcotics, Money

26  Laundering, and Racketeering
   Section

27

28